IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SCOTT GREGORY RUNDQUIST**, Private man, Trustee of the **SCOTT GREGORY RUNDQUIST TRUST**, and **RUNDQUIST FAMILY TRUST**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STATE OF KANSAS, et al.,**<br><br>**Defendants.** | Case No. 25-2640-DDC-ADM |

## MEMORANDUM AND ORDER

Before the court is United States Magistrate Judge Angel D. Mitchell's Report and Recommendation (Doc. 9). Judge Mitchell recommended that the court deny plaintiffs' Motion for Leave to Proceed In Forma Pauperis (Doc. 3). She also ordered that licensed counsel for the Scott Gregory Rundquist Trust and the Rundquist Family Trust enter their appearance within 14 days after this Order. Doc. 9 at 3–4. And she warned that failure to pay the $405 statutory filing fee or failure of retained counsel timely to enter their appearance may result in dismissal. Plaintiffs[1] received notice of their right under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72 to file an objection to the Report and Recommendation within 14 days of its service. *Id.* at 4. The Report and Recommendation also explained that plaintiff must file any objections within the 14-day period to secure appellate review. *Id.*

---

[1]   Because plaintiff Mr. Rundquist appears pro se, the court construes his pleadings liberally and holds them "to a less stringent standard than formal pleadings drafted by lawyers." *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). But the court can't assume the role of his advocate. *Id.* Also, plaintiff's pro se status doesn't excuse him from "the burden of alleging sufficient facts on which a recognized legal claim could be based." *Id.*

The Clerk sent a copy of the Report and Recommendation to plaintiffs by regular mail, using the address plaintiffs provided to the court. *Id.* Service of the Report and Recommendation was accomplished by "mailing it to [plaintiffs'] last known address—in which event service [was] completed upon mailing." Fed. R. Civ. P. 5(b)(2)(C); *ReVoal v. Brownback*, No. 14-4076, 2014 WL 5321093, at *1 (D. Kan. Oct. 16, 2014). "Mailing" occurred on November 7, 2025, when the Clerk mailed the Report and Recommendation to plaintiffs. *See* Doc. 9. Thus, the time for plaintiffs to file an objection expired on November 21, 2025.

That deadline has passed, and plaintiffs have not filed any objection. Nor have plaintiffs sought to extend the time to object. And so, the court now can accept, adopt, and affirm the Report and Recommendation. And it does so. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."); *see also Garcia v. City of Albuquerque*, 232 F.3d 760, 766–67 (10th Cir. 2000) (explaining under Fed. R. Civ. P. 72(b) a district court must make a de novo determination only for those portions of the report and recommendation to which a party specifically has objected).

Having reviewed plaintiffs' Complaint (Doc. 1) and Judge Mitchell's Report and Recommendation (Doc. 9), the court adopts Judge Mitchell's recommendation. It denies plaintiffs' in forma pauperis motion and requires payment of the $405 statutory filing fee within 14 days. Without such payment, the court will dismiss this case. The court also reiterates Judge Mitchell's ruling that the trusts may proceed only if represented by licensed counsel admitted to practice before our court. Doc. 9 at 4. And, to the extent Mr. Rundquist (as a "private man") asserts claims in his capacity as trustee of the trusts, retained counsel must bring those claims, as well—not Mr. Rundquist. *See id.* at 3 (citing cases for the proposition that a trustee, who is not a

licensed attorney, cannot represent a trust). If retained counsel doesn't enter an appearance within 14 days of this Order, the court will dismiss plaintiffs' claims brought on behalf of the trusts for failure to prosecute. *Id.* at 4.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiffs' Motion for Leave to Proceed In Forma Pauperis (Doc. 3) is denied. Plaintiffs must pay the $405 statutory filing fee within 14 days of this Order or risk dismissal.

**AND IT IS FURTHER ORDERED BY THE COURT THAT** the Scott Gregory Rundquist Trust and the Rundquist Family Trust must retain licensed counsel, who must enter an appearance within 14 days of this Order or risk dismissal.

**AND IT IS FURTHER ORDERED BY THE COURT THAT** the Report and Recommendation issued by United States Magistrate Judge Angel D. Mitchell on November 7, 2025, (Doc. 9) is **ACCEPTED**, **ADOPTED, and AFFIRMED**.

**IT IS SO ORDERED.**

**Dated this 26th day of November, 2025, at Kansas City, Kansas**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**
